RECEIVED

OCT 0 3 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| THONEIAL WILMORE | CIVIL ACTION NO. 05-0226-M |
| VS. | SECTION P |
| 6TH JUDICIAL DISTRICT COURT, ET AL. | JUDGE JAMES |
| | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's Civil Rights Complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b).

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 3 day of October, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE